IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONNA L. SMITH** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:07CV635 LG-JMR** |
| | § | |
| **IMPERIAL PALACE OF MS, LLC** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on Defendant's Motion to Dismiss filed on August 6, 2007 and the Plaintiff's Response. The Court, after a review and consideration of the Motion and pleadings on file, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 12(b)(6). All claims are dismissed with prejudice, each party to pay its own costs.

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE